IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

LISA MURPHY,
ADC #760343                                                                                    PLAINTIFF

v.                                          1:08CV00003HLJ

LARRY NORRIS, et al.                                                                    DEFENDANTS

## ORDER

Plaintiff is a state inmate who has filed a petition for habeas corpus relief (DE #1) and has paid the $5.00 filing fee. However, the Court cannot determine whether plaintiff actually intends to file a petition for habeas relief, or whether she intends to file a civil rights complaint for damages against the eight named defendants.

If plaintiff intends to file a petition for habeas relief, the sole named respondent is Larry Norris, the Director of the Arkansas Department of Correction, and the relief sought by plaintiff is limited to injunctive relief. However, if she intends to include the other named defendants and retain her request for damages against them, her complaint should be construed as one filed pursuant to 42 U.S.C. § 1983. In the latter case, plaintiff will be required to pay a $350.00 filing fee for such action, or file a motion to proceed in forma pauperis.

In light of the confusion over the type of action intended to be filed, the Court will provide plaintiff with an opportunity to clarify whether she intends to file a petition for habeas relief, seeking injunctive relief only, or a civil rights action against the named defendants, seeking monetary relief. Plaintiff shall include with her submission, either an amended habeas petition, or a civil rights complaint on appropriate forms. The Court will forward blank forms to plaintiff for her convenience.

Accordingly,

IT IS THEREFORE, ORDERED, that plaintiff shall notify the Court, within ten days of the date of this Order, of her intention concerning the type of action she has filed.  Such notification shall include either an amended habeas corpus petition, or a § 1983 complaint, together with an application to proceed in forma pauperis or the $350.00 filing fee.  Failure to respond to this Order shall result in the dismissal without prejudice of plaintiff's complaint.  See Local Rule 5.5(c)(2).

The Clerk is directed to forward to the plaintiff a blank habeas corpus petition, together with a § 1983 complaint package.

DATED this 11th day of February, 2008.

*/s/ Henry L. Jones, Jr.*
United States Magistrate Judge