IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

LISA RYAN MURPHY,
ADC #760343                                                                                           PETITIONER

1:08CV00003HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                                      RESPONDENT

## ORDER

Petitioner has filed a petition for a writ of habeas corpus. Although petitioner originally named several individuals as respondents, the correct respondent should be Larry Norris, the person having custody of the petitioner. The Clerk is directed to change the style of the case to indicate Larry Norris as respondent.

The Clerk will serve a copy of the Petition and this Order on the respondent and the Attorney General by regular mail.

The respondent will file an answer, motion or other response to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within twenty (20) days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this 20th day of February, 2008.

*Henry L. Jones, Jr.*
United States Magistrate Judge