IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

LISA RYAN MURPHY                                               PETITIONER

vs.            Civil Case No. 1:08CV00003 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                              RESPONDENT

## ORDER

The Petitioner has replied to Respondent's Motion for More Definite Statement, and has provided a more definite statement. Thus, the motion (DE # 10) is hereby denied as moot. The court interprets Petitioner's response (DE # 11) as an amended petition and hereby directs Respondent to respond within twenty (20) days to the allegations in that document.

SO ORDERED this 28th day of March, 2008.

*Henry L. Jones, Jr.*
United States Magistrate Judge