IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY                                                              PETITIONER

vs.                         Case No. 1:08CV00003 JLH/HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                             RESPONDENT

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Henry L. Jones, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, without prejudice.

IT IS SO ORDERED this 10th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE